IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 120-084 |
| | ) | |
| CARY DEWAYNE CRANFORD | ) | |

# O R D E R

On July 9, 2026, the Court ordered a competency evaluation. (Doc. no. 68.) Based on the conclusions presented by the Bureau of Prison psychologist, JohnRobert Jones, Psy.D., (see doc. no. 72), the parties jointly move for Defendant Cary Dewayne Cranford to undergo formal competency restoration procedures at a Federal Medical Center. Upon consideration of the competency report and the Joint Stipulation and Motion for Competency Restoration Procedures filed September 3, 2026, (doc. no. 73), the Court finds by a preponderance of the evidence that Defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. The Court **GRANTS** the Joint Motion, (doc. no. 73), and **ORDERS** Defendant be committed to a facility for competency restoration procedures pursuant to 18 U.S.C. § 4241(d).

The Court **DIRECTS** that Defendant be placed immediately in a suitable facility for treatment for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the revocation proceedings to go forward. 18 U.S.C. § 4241(d)(1). If there is no such substantial probability, Defendant is subject to the provisions of 18 U.S.C. §§ 4246 and 4248.

The Court further **DIRECTS** the director of the facility in which Defendant is hospitalized, pursuant to 18 U.S.C. § 4241(d), to notify this Court at the four-month mark if Defendant has recovered to such an extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense by filing a certificate with the Clerk of Court. If the director finds that Defendant requires additional evaluation and treatment, he or she shall so advise the Court, and the Court will, if necessary, consider a request for an additional reasonable period of commitment pursuant to § 4241(d)(2). In either case, notification shall be made in writing, with an email copy to courtnay_capps@gas.uscourts.gov.

**IT IS ORDERED** that all time passage between the entry of this Order and the completion of the restoration procedures, to include Defendant's return to the Southern District of Georgia, shall be

excluded for purposes of the Speedy Trial calculation. 18 U.S.C. § 3161(h)(4).

**ORDER ENTERED** at Augusta, Georgia this 9th day of September, 2026, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA